## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PONCA MACHINE COMPANY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-00958-JD |
| ) | |
| EMCASCO INSURANCE COMPANY and ) | |
| CLAY VORDENBAUM, ) | |
| ) | |
| Defendants. ) | |

## ADMINISTRATIVE CLOSING ORDER

On counsel's representation that the parties have reached a settlement and compromise of all claims in this case, it is ORDERED that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **30** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109-10 (10th Cir. 1994).

Entered this 14th day of April 2020.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE