# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PONCA MACHINE COMPANY, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v.    )<br>)<br>(1) EMCASCO INSURANCE COMPANY, )<br>)<br>**Defendant.** )<br>) | Case No. CIV-18-958-JD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Ponca Machine Company, Inc., Plaintiff herein, and EMCASCO Insurance Company, Defendant herein, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do herein stipulate to the dismissal of the above-styled and numbered lawsuit, and all claims asserted therein, with prejudice to the refiling thereof, and with each party to bear its own attorney fees and costs related thereto.

Respectfully submitted,

*s/Casper J. den Harder*
Phil R. Richards, OBA No. 10457
Casper J. den Harder, OBA No. 31536
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email: prichards@richardsconnor.com
         cdenharder@richardsconnor.com

**ATTORNEYS FOR DEFENDANT
EMCASCO INSURANCE COMPANY**

*s/Benjamin D. Doyle*
*\*signed by filing attorney with permission*
Benjamin D. Doyle, Esq.
J. Darren Brown, Esq.
STOCKARD, JOHNSTON, BROWN & NETARDUS, P.C.
1030 N. Western St.
Amarillo, Texas 79106
T: 806.372.2202
F: 806.379.7799
E: bdoyle@sjblawfirm.com
dbrown@sjblawfirm.com

Justin D. Meek, Esq.
Ryan L. Dean, Esq.
DEWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, Oklahoma 73113
T: 405.705.3600
F: 405/705.2573
E:  rdean@46Legal.com
jmeek@46Legal.com

**ATTORNEYS FOR PLAINTIFF**
**PONCA MACHINE COMPANY, INC.**
